# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 12, 2016

## NO. 03-16-00542-CV

**Prince M. Kaikai, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order of license revocation signed by the trial court. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.